| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Movant<br>Toyota Motor Credit Corporation | **Order Filed on February 3, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Donald Piercey,<br><br>Debtor. | Case No.:  19-32508 MBK<br>Adv. No.:<br>Hearing Date:  2/18/2020 @ 10:00 a.m.<br><br>Judge:  Michael B. Kaplan |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: February 3, 2020**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtors:       Donald Piercey
Case No.:      19-32508 MBK
Caption:       **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

    This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Corporation, holder of a 2019 Toyota camry, VIN: 4T1B61HK8KU274086, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and William S. Wolfson, Esquire, attorney for Debtor, Donald Piercey, and for good cause having been shown;

    It **ORDERED, ADJUDGED and DECREED** that Secured Creditor will be treated as unaffected by this plan; and

    It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Donald Piercey  
        Debtor

Case No. 19-32508-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Feb 05, 2020  
                   Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2020.  
db          +Donald Piercey,   51 Bateman Way,   Hillsborough, NJ 08844-8107

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2020 at the address(es) listed below:

         Albert   Russo    docs@russotrustee.com  
         Aleisha Candace Jennings    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
          ajennings@rasflaw.com  
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Harold N. Kaplan    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
          hkaplan@rasnj.com,   informationathnk@aol.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         William S. Wolfson    on behalf of Debtor Donald  Piercey wwolfsonlaw@comcast.net,  
          liza.wwolfsonlaw@comcast.net  
         TOTAL: 6