Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–32508–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Donald Piercey
51 Bateman Way
Hillsborough, NJ 08844

Social Security No.:
xxx–xx–4841

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on December 2, 2019 and a confirmation hearing on such Plan has been scheduled for February 18, 2020.

The debtor filed a Modified Plan on February 10, 2020 and a confirmation hearing on the Modified Plan is scheduled for March 17, 2020 @ 10:00. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: February 11, 2020
JAN: wdr

Jeanne Naughton
Clerk

```
                            United States Bankruptcy Court
                                  District of New Jersey

In re:                                                          Case No. 19-32508-MBK
Donald Piercey                                                  Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin                Page 1 of 2         Date Rcvd: Feb 11, 2020
                             Form ID: 186               Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2020.
db             +Donald Piercey,   51 Bateman Way,   Hillsborough, NJ 08844-8107
518598196      ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
                 (address filed with court: American Honda Finance,   201 Little Falls Dr,
                  Wilmington, DE 19808)
518671776       Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
518598200      +Elements Financial Fcu,   Po Box 7123,   Indianapolis, IN 46207-7123
518598205      +LendingClub,   595 Market Street,   San Francisco, CA 94105-2807
518598204      +LendingClub,   Attn: Bankruptcy,   595 Market St, Ste 200,   San Francisco, CA 94105-2807
518598206      +Melissa Piercey,   51 Bateman Way,   Hillsborough, NJ 08844-8107
518598208      +Mr. Cooper,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
518598207      +Mr. Cooper,   Attn: Bankruptcy,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
518674327      +NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,   ATTN: Bankruptcy Dept,   PO Box 619096,
                 Dallas TX 75261-9096
518598218      +NJ Motor Vehicle Commission,   Surcharge Administration Office,   PO Box 136,
                 Trenton, NJ 08601-0136
518641967      +Nationstar Mortgage LLC d/b/a Mr. Cooper,   RAS Citron LLC,   130 Clinton Road, Suite 202,
                 Fairfield NJ 07004-2927
518598209       New Jersey Department of Labor Workforce,   LWD Benefit Control,   PO Box 650,
                 Trenton, NJ 08646-0650
518598210       Nissan Motor Acceptance Corp.,   Managing Agent,   PO Box660360,   Dallas, TX 75266-0360
518598213      +Nissan Motor Acceptance Corp/Infiniti,   Pob 660366,   Dallas, TX 75266-0366
518598211      +Nissan Motor Acceptance Corp/Infiniti,   Attn: Bankruptcy,   Po Box 660360,
                 Dallas, TX 75266-0360
518598217      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court: NJ Division of Taxation,   50 Barracks Street,   PO Box 269,
                  Trenton, NJ 08695)
518598220      ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Financial Services,   P.O. Box 8026,
                  Cedar Rapids, IA 52409-8026)
518642993      +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
518598222      ++UPGRADE  INC,   2 N CENTRAL AVE,   10TH FLOOR,   PHOENIX AZ 85004-2322
                 (address filed with court: Upgrade, Inc.,   275 Battery St Fl 23,   San Francisco, CA 94111)
518598221      ++UPGRADE  INC,   2 N CENTRAL AVE,   10TH FLOOR,   PHOENIX AZ 85004-2322
                 (address filed with court: Upgrade, Inc.,   275 Battery Street,   23rd Floor,
                  San Francisco, CA 94111)
518598223      +Upstart,   Attn: Bankruptcy,   Po Box 1503,   San Carlos, CA 94070-7503
518598224      +Upstart,   Po Box 61203,   Palo Alto, CA 94306-6203
518658107       Wells Fargo Bank, N.A.,   Attn: Default Document Processing,
                 1000 Blue Gentian Road, MAC# N9286-01Y,   Eagan, MN 55121-7700
518598225      +Wells Fargo Home Mor,   8480 Stagecoach Cir,   Frederick, MD 21701-4747
518598226       Wells Fargo Home Mortgage,   Attn: Written Correspondence/Bankruptcy,   Mac#2302-04e Pob 10335,
                 Des Moines, IA 50306
518598227      +Xiomara Piercey,   51 Bateman Way,   Hillsborough, NJ 08844-8107

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 11 2020 23:37:40     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 11 2020 23:37:39     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518598195       E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 11 2020 23:37:49     American Honda Finance,
                 Attn: Bankruptcy,   Po Box 168088,   Irving, TX 75016
518598197      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 11 2020 23:40:11     Capital One,
                 PO Box 30285,   Salt Lake City, UT 84130-0285
518649984      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 11 2020 23:39:08
                 Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518598198      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 11 2020 23:37:30     Comenity Bank/Westgate,
                 Atttn: Bankruptcy Dept.,   P.O. Box 182125,   Columbus, OH 43218-2125
518598199      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 11 2020 23:37:30     Comenity Bank/Westgate,
                 Po Box 182789,   Columbus, OH 43218-2789
518598201       E-mail/Text: cio.bncmail@irs.gov Feb 11 2020 23:37:12     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
518598203      +E-mail/Text: bncnotices@becket-lee.com Feb 11 2020 23:36:57     Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-5660
518598202      +E-mail/Text: bncnotices@becket-lee.com Feb 11 2020 23:36:57     Kohls/Capital One,
                 Kohls Card Support/Bankruptcy,   Po Box 3120,   Milwaukee, WI 53201-3120
518696247       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 11 2020 23:39:04     LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518691015       E-mail/Text: bnc-quantum@quantum3group.com Feb 11 2020 23:37:36
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
518600880      +E-mail/PDF: gecsedi@recoverycorp.com Feb 11 2020 23:39:45     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
```

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Feb 11, 2020
                              Form ID: 186             Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
518598219        E-mail/PDF: gecsedi@recoverycorp.com Feb 11 2020 23:39:45     Synchrony Bank,   P.O. Box 965003,
                  Orlando, FL 32896-5003
518598222        E-mail/Text: bknotice@upgrade.com Feb 11 2020 23:36:45        Upgrade, Inc.,
                  275 Battery St Fl 23,   San Francisco, CA 94111
518598221        E-mail/Text: bknotice@upgrade.com Feb 11 2020 23:36:45        Upgrade, Inc.,   275 Battery Street,
                  23rd Floor,   San Francisco, CA 94111
518697117       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 11 2020 23:39:08     Verizon,
                  by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 17

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Nationstar Mortgage LLC d/b/a Mr. Cooper,   RAS Citron, LLC,   130 Clinton Road, Suite 202,
                  Fairfield, NJ 07004-2927
518598214*      +Nissan Motor Acceptance Corp/Infiniti,   Pob 660366,   Dallas, TX 75266-0366
518598212*      +Nissan Motor Acceptance Corp/Infiniti,   Attn: Bankruptcy,   Po Box 660360,
                  Dallas, TX 75266-0360
518598215*      +Nissan Motor Acceptance Corp/Infiniti,   Attn: Bankruptcy,   Po Box 660360,
                  Dallas, TX 75266-0360
518598216*      +Nissan Motor Acceptance Corp/Infiniti,   Attn: Bankruptcy,   Po Box 660360,
                  Dallas, TX 75266-0360
                                                                                   TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2020 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Harold N. Kaplan    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               hkaplan@rasnj.com,   informationathnk@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William S. Wolfson    on behalf of Debtor Donald   Piercey wwolfsonlaw@comcast.net,
               liza.wwolfsonlaw@comcast.net
                                                                                         TOTAL: 6
```