UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

William S. Wolfson, Esq., L.L.C.
260 U.S. Highway 202/31, Suite 1100
Flemington, NJ 08822-1794
908 782-9333
Attorney for Donald Piercey
Our File No.    230.57256

**Order Filed on March 25, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN THE MATTER OF

Donald Piercey, Debtor(s)

CASE NO.: 19-32508
CHAPTER 13

HEARING DATE:
JUDGE: Michael B. Kaplan

**CONSENT ORDER RESOLVING OBJECTION OF NATIONSTAR MORTGAGE, LLC
D/B/A MR. COOPER**

The relief set forth on the following pages, numbered two through _____, is hereby ORDERED.

**DATED: March 25, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor(s): Donald Piercey
Case No.: 19-32508 (MBK)
CONSENT ORDER RESOLVING OBJECTION OF NATIONSTAR MORTGAGE, LLC
D/B/A MR. COOPER
Page 2

Upon the objection to confirmation of the debtor's Chapter 13 plan, Aleisha Jennings, Esq. of RAS Citron on behalf of Nationstar Mortgage, LLC d/b/a Mr. Cooper and on notice to William S. Wolfson, Esq., attorney for the debtor, Donald Piercey, and the Chapter 13 Trustee it is hereby:

ORDERED that

1. RAS Citron on behalf of its client, Nationstar Mortgage, LLC d/b/a Mr. Cooper, filed an arrearage claim for $1,643.12 for a missed December 2019 mortgage payment.

2. Counsel for the parties stipulate and agree that the payment due on December 1, 2019 was made in the amount required under the Note and Mortgage, specifically $1,643.12, and posted to the debtor's account on or about December 7, 2019.

3. Nationstar Mortgage, LLC d/b/a Mr. Cooper withdraws its objection to confirmation of the plan because there is no mortgage arrearage to cure under the plan.

4. The debtor consents to having Nationstar Mortgage, LLC d/b/a Mr. Cooper apply the December 7, 2019 payment to the December 2019 mortgage payment without such application being in violation of the automatic stay.

5.  A copy of this Order shall be served on the Chapter 13 Trustee, RAS Citron c/o Aleisha C. Jennings, Esq. on behalf of Nationstar Mortgage, LLC d/b/a and the Chapter 13 Debtor within seven (7) days from the date of entry.


I consent to the form and entry of this Order.

RAS Citron                                                    Date: March 9, 2020
BY:/s/Aleisha Jennings                            
        Aleisha Jennings, Esq.
        Attorney for Nationstar Mortgage, LLC d/b/a Mr. Cooper

Law Office of William S. Wolfson                              Date: March 4, 2020
BY:William S. Wolfson                            
        William S. Wolfson, Esq.
        Attorney for the Debtor