| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| William S. Wolfson, Esq., L.L.C.<br>260 U.S. Highway 202/31, Suite 1100<br>Flemington, NJ 08822-1794<br>908 782-9333<br>Attorney for Donald Piercey<br>Our File No.   230.57256 | Order Filed on March 25, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN THE MATTER OF<br><br>Donald Piercey, Debtor(s) | CASE NO.: 19-32508<br>CHAPTER 13<br><br>HEARING DATE:<br>JUDGE: Michael B. Kaplan |

### CONSENT ORDER RESOLVING OBJECTION OF NATIONSTAR MORTGAGE, LLC D/B/A MR. COOPER

The relief set forth on the following pages, numbered two through ____, is hereby ORDERED.

**DATED: March 25, 2020**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Debtor(s): Donald Piercey
Case No.: 19-32508 (MBK)
CONSENT ORDER RESOLVING OBJECTION OF NATIONSTAR MORTGAGE, LLC D/B/A MR. COOPER
Page 2

Upon the objection to confirmation of the debtor's Chapter 13 plan, Aleisha Jennings, Esq. of RAS Citron on behalf of Nationstar Mortgage, LLC d/b/a Mr. Cooper and on notice to William S. Wolfson, Esq., attorney for the debtor, Donald Piercey, and the Chapter 13 Trustee it is hereby:

ORDERED that

1. RAS Citron on behalf of its client, Nationstar Mortgage, LLC d/b/a Mr. Cooper, filed an arrearage claim for $1,643.12 for a missed December 2019 mortgage payment.
2. Counsel for the parties stipulate and agree that the payment due on December 1, 2019 was made in the amount required under the Note and Mortgage, specifically $1,643.12, and posted to the debtor's account on or about December 7, 2019.
3. Nationstar Mortgage, LLC d/b/a Mr. Cooper withdraws its objection to confirmation of the plan because there is no mortgage arrearage to cure under the plan.
4. The debtor consents to having Nationstar Mortgage, LLC d/b/a Mr. Cooper apply the December 7, 2019 payment to the December 2019 mortgage payment without such application being in violation of the automatic stay.
5. A copy of this Order shall be served on the Chapter 13 Trustee, RAS Citron c/o Aleisha C. Jennings, Esq. on behalf of Nationstar Mortgage, LLC d/b/a and the Chapter 13 Debtor within seven (7) days from the date of entry.

I consent to the form and entry of this Order.

RAS Citron                                                                                      Date: March 9, 2020
BY:/s/Aleisha Jennings
    Aleisha Jennings, Esq.
    Attorney for Nationstar Mortgage, LLC d/b/a Mr. Cooper

Law Office of William S. Wolfson                                                 Date: March 4, 2020
BY:William S. Wolfson
    William S. Wolfson, Esq.
    Attorney for the Debtor

United States Bankruptcy Court
District of New Jersey

In re:  
Donald Piercey  
       Debtor

Case No. 19-32508-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Mar 26, 2020
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2020.
db          +Donald Piercey,   51 Bateman Way,   Hillsborough, NJ 08844-8107

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2020 at the address(es) listed below:
          Albert Russo   docs@russotrustee.com
          Aleisha Candace Jennings   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           ajennings@rasflaw.com
          Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Harold N. Kaplan   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           hkaplan@rasnj.com, informationathnk@aol.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
          William S. Wolfson   on behalf of Debtor Donald Piercey wwolfsonlaw@comcast.net,
           liza.wwolfsonlaw@comcast.net
                                                                                                TOTAL: 6