UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

William S. Wolfson, Esq.
260 U.S. Highway 202/31, Suite 1100
Flemington, NJ 08822
Attorney for Debtor
908 782-9333
Our File No.: 230.57256
WW4019

Order Filed on December 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Donald Piercey, Debtor

Case No.:   19-32508

Chapter:   13

Judge:   Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 21, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William S. Wolfson_____, the applicant, is allowed a fee of $ _____246.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____246.00_____ . The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____404.12_____ per month for _____48_____ months to allow for payment of the above fee.

*rev.8/1/15*