UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WNI 20-027618
LOGS Legal Group, LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Elizabeth L. Wassall, Esq. 023211995
ATTORNEYS FOR WELLS FARGO BANK, N.A.

**Order Filed on February 25, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

DONALD PIERCEY
                                    DEBTOR

Case No.: 19-32508-MBK

Judge: HONORABLE MICHAEL B. KAPLAN

Chapter: 13

## ORDER APPROVING PAYMENT DEFERRAL

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: February 25, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having come before the Court upon the Secured Creditor's Notice of Motion for an Order approving a Payment Deferral, and Court having examined the evidence presented, and for good cause shown, it is hereby ORDERED as follows:

1. The Payment Deferral as between the Secured Creditor and the Debtor, as outlined in the Secured Creditor's motion, is hereby approved.

2. Secured Creditor's Proof of Claim, and the Chapter 13 Trustee's disbursements to Secured Creditor, if any, are unaffected.