**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Donald Piercey** | Social Security number or ITIN   xxx–xx–4841 |
| | First Name   Middle Name   Last Name | EIN   __–_____ |
| Debtor 2 | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ |
| (Spouse, if filing) | | EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–32508–MBK | |

# Order of Discharge                                                                                              12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Donald Piercey

<u>11/2/22</u>                                              **By the court:** <u>Michael B. Kaplan</u>
                                                                           United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Donald Piercey  
    Debtor

Case No. 19-32508-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Nov 02, 2022      Form ID: 3180W      Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donald Piercey, 51 Bateman Way, Hillsborough, NJ 08844-8107 |
| 518598200 | + | Elements Financial Fcu, Po Box 7123, Indianapolis, IN 46207-7123 |
| 518598206 | + | Melissa Piercey, 51 Bateman Way, Hillsborough, NJ 08844-8107 |
| 518598218 | + | NJ Motor Vehicle Commission, Surcharge Administration Office, PO Box 136, Trenton, NJ 08601-0136 |
| 518598209 | | New Jersey Department of Labor Workforce, LWD Benefit Control, PO Box 650, Trenton, NJ 08646-0650 |
| 518598227 | + | Xiomara Piercey, 51 Bateman Way, Hillsborough, NJ 08844-8107 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 02 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 02 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518598196 | | EDI: WFFC.COM | Nov 03 2022 00:38:00 | American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808 |
| 518598195 | | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 02 2022 20:40:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 518746544 | | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 02 2022 20:40:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 518598197 | + | EDI: CAPITALONE.COM | Nov 03 2022 00:38:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518649984 | + | EDI: AIS.COM | Nov 03 2022 00:38:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518671776 | | Email/PDF: bncnotices@becket-lee.com | Nov 02 2022 20:45:18 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518598198 | + | EDI: WFNNB.COM | Nov 03 2022 00:38:00 | Comenity Bank/Westgate, Atttn: Bankruptcy Dept., P.O. Box 182125, Columbus, OH 43218-2125 |
| 518598199 | + | EDI: WFNNB.COM | Nov 03 2022 00:38:00 | Comenity Bank/Westgate, Po Box 182789, Columbus, OH 43218-2789 |
| 518598201 | | EDI: IRS.COM | Nov 03 2022 00:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518598203 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 02 2022 20:39:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 518598202 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 02 2022 20:39:00 | Kohls/Capital One, Kohls Card Support/Bankruptcy, Po Box 3120, Milwaukee, WI 53201-3120 |

Case 19-32508-MBK    Doc 62    Filed 11/04/22    Entered 11/05/22 00:13:53    Desc Imaged
                         Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Nov 02, 2022 | Form ID: 3180W | Total Noticed: 43 |

| | | | | |
| --- | --- | --- | --- | --- |
| 518696247 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2022 20:45:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518598204 | + | EDI: LENDNGCLUB | Nov 03 2022 00:38:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 518598205 | + | EDI: LENDNGCLUB | Nov 03 2022 00:38:00 | LendingClub, 595 Market Street, San Francisco, CA 94105-2807 |
| 518598207 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 02 2022 20:39:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518598208 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 02 2022 20:39:00 | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518674327 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 02 2022 20:39:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 518641967 | + | Email/Text: RASEBN@raslg.com | Nov 02 2022 20:39:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 518598210 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Nov 02 2022 20:39:00 | Nissan Motor Acceptance Corp., Managing Agent, PO Box660360, Dallas, TX 75266-0360 |
| 518598213 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Nov 02 2022 20:39:00 | Nissan Motor Acceptance Corp/Infiniti, Pob 660366, Dallas, TX 75266-0366 |
| 518598211 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Nov 02 2022 20:39:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 518691015 | | EDI: Q3G.COM | Nov 03 2022 00:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518598217 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 02 2022 20:39:00 | NJ Division of Taxation, 50 Barracks Street, PO Box 269, Trenton, NJ 08695 |
| 518598219 | | EDI: RMSC.COM | Nov 03 2022 00:38:00 | Synchrony Bank, P.O. Box 965003, Orlando, FL 32896-5003 |
| 518600880 | + | EDI: RMSC.COM | Nov 03 2022 00:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518598220 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 02 2022 20:40:00 | Toyota Financial Services, P.O. Box 8026, Cedar Rapids, IA 52409-8026 |
| 518642993 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 02 2022 20:39:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518598222 | | Email/Text: bknotice@upgrade.com | Nov 02 2022 20:39:00 | Upgrade, Inc., 275 Battery St Fl 23, San Francisco, CA 94111 |
| 518598221 | | Email/Text: bknotice@upgrade.com | Nov 02 2022 20:39:00 | Upgrade, Inc., 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |
| 518598223 | + | EDI: LCIUPSTART | Nov 03 2022 00:38:00 | Upstart, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 518598224 | + | EDI: LCIUPSTART | Nov 03 2022 00:38:00 | Upstart, Po Box 61203, Palo Alto, CA 94306-6203 |
| 518697117 | + | EDI: AIS.COM | Nov 03 2022 00:38:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518658107 | + | EDI: WFFC2 | Nov 03 2022 00:38:00 | Wells Fargo Bank, N.A., Attn: Default Document Processing, POB 1629, Minneapolis, MN 55440-1629 |
| 518598225 | + | EDI: WFFC.COM | Nov 03 2022 00:38:00 | Wells Fargo Home Mor, 8480 Stagecoach Cir, Frederick, MD 21701-4747 |
| 518598226 | | EDI: WFFC2 | Nov 03 2022 00:38:00 | Wells Fargo Home Mortgage, Attn: Written Correspondence/Bankruptcy, Mac#2302-04e Pob |

Case 19-32508-MBK    Doc 62    Filed 11/04/22    Entered 11/05/22 00:13:53    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 02, 2022 | Form ID: 3180W | Total Noticed: 43 |

10335, Des Moines, IA 50306

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518598214 | *+ | Nissan Motor Acceptance Corp/Infiniti, Pob 660366, Dallas, TX 75266-0366 |
| 518598212 | *+ | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 518598215 | *+ | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 518598216 | *+ | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2022                    Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Harold N. Kaplan | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper hkaplan@rasnj.com kimwilson@raslg.com |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William S. Wolfson | on behalf of Debtor Donald Piercey wwolfsonlaw@comcast.net liza.wwolfsonlaw@comcast.net |

TOTAL: 8